LAWRENCE JOHNSON & CO. v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. February 26, 1906. Rehearing Denied March 10,

1906.) No. 146 (3620). Appeal from the Circuit Court of the United States for the Southern District of New York. For decision below, see 140 Fed. 116. Note (C. C.) 124 Fed. 1000. Walden & Webster (Henry J. Webster, of counsel), for appellants. D. Frank Lloyd, Asst. U. S. Atty. Before LACOMBE and COXE, Circuit Judges.

PER CURIAM. Affirmed on the opinion of the Circuit Court.